```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
DIOGENES FELIPE POLO, ANYELISSA
POLO FRANCO, NELSON JULIAN
SANDOVAL TATIS,
                                           ORDER
              Plaintiffs,
                                       23 Civ. 6164 (NRB)
         - against -

SASA MIRKOVIC, BLUE LAND
TRANSPORTATION INC.,

              Defendants.

-------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, this Court has received a series of letters from defense counsel addressing certain discovery issues; and

WHEREAS, plaintiffs' counsel has not provided any response to these letters; it is hereby

**ORDERED** that plaintiff Diogenes Felipe Polo provide an authorization for defense counsel to obtain records related to his claim in connection with the December 12, 2022 accident by September 6, 2024;

**ORDERED** that the deadline to complete fact discovery is extended to October 15, 2024;

**ORDERED** that parties may file any pre-motion conference request to initiate dispositive motion practice following the close of expert discovery; and it is further

**ORDERED** that any new attorney or attorneys handling this action on behalf of plaintiffs promptly file a Notice of Appearance in this case.

Dated:   New York, New York
         August 22, 2024

                                       _____
                                       NAOMI REICE BUCHWALD
                                       UNITED STATES DISTRICT JUDGE