# DAVIDOFF LAW

---

7560 188th Street  
Fresh Meadows, New York 11366  
T: (718) 900-0000  
F: (718) 268-4502

www.lawfirmdavidoff.com

One Grand Central Place  
60 E. 42nd Street, Suite 1720  
New York, New York 10165  
T: (212) 900-0000  
F: (646) 566-9322

September 24, 2025

**VIA ECF**  
Honorable Naomi Reice Buchwald  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007-1312

      Re:    **Case Caption**: *Polo et al v. Mirkovic et al*  
              **Civil Docket No.**: 1:23-cv-06164-NRB

Dear Honorable Buchwald:

      The parties apologize for not submitting a Joint Status Report sooner. Undersigned counsel was just assigned to this case last month and is still getting oriented. Undersigned counsel has been in touch with Your Honor's chambers about this report. Unfortunately, Defense Attorney Sherri Jayson had an emergency to tend to on Friday, September 19, 2025, and we have not been in touch since.

      The parties have served expert disclosures on each other.

      Undersigned counsel is open to mediation. Undersigned counsel is requesting another week to: (1) get in touch with defense counsel to confirm whether she is open to mediation and to discuss this case and (2) to submit a Joint Status Report by Wednesday, October 1, 2025.

*[Handwritten: Application granted. Naomi Reice Buchwald, USDJ 9/25/25]*

Respectfully,

*[Signature]*

By: Laisa Pertet, Esq.  
**DAVIDOFF LAW, P.C.**  
LPertet@davidofflegal.com  
One Grand Central Place  
60 E. 42nd Street, Suite 1720  
New York, New York 10165

cc: All counsel via ECF