WWW.GVLAW.COM

GALLO VITUCCI KLAR LLP

Sherri A. Jayson
Manhattan Office
sjayson@gvlaw.com
646.998.1958

September 22, 2026

**By ECF Only**
Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

The requested extension is granted. The status report previously due by October 9 is now due by October 20.

SO ORDERED.

Dated: Sept. 23, 2026
New York, New York

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

RE: Diogenes Felipe Polo v. Sasa Mirkovic, et. al.
Docket No.: 23-CV-6164

Dear Judge Buchwald:

I represent Defendants in this matter. I submit this letter motion seeking a brief extension of time for the parties to submit a joint status report regarding our respective positions on trial logistics.

Your Order dated September 22, 2206 (ECF Doc. No.78) directed the parties to submit the status report by October 9, 2026 (ECF Doc. No. 78). However, I will be out of the office starting tomorrow until October 14, 2026. I would, therefore, request that we be permitted to submit the joint status report by October 20, 2026.

Both Messieurs Getzoni and Campanile consent to this request.

Very truly yours,

Sherri A. Jayson

cc: By ECF Only
Mark Getzoni, Esq.
Michael Capanile, Esq.